UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES TUBBINS,

                              Plaintiff,

                                                                  DECISION AND ORDER
                           v.                                                     14-CV-409A

PATRICIA WREST, Individually and in her
  Official Capacity as a Police Officer of the
  Buffalo Police Department,
SCOTT R. MALEC, Individually and in his
  Official Capacity as a Police Officer of the
  Buffalo Police Department,
BUFFALO POLICE DEPARTMENT, and
THE CITY OF BUFFALO,

                              Defendants.

---

      This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 11, 2016, Magistrate Judge Foschio filed a Report and Recommendation (Dkt. No. 25), recommending that Defendants' motion for summary judgment (Dkt. No. 19) be granted.  The Plaintiff has not filed objections to Judge Foschio's recommendation.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties.  Based on the Court's review, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Judge Foschio's Report and Recommendation, Defendants' motion for summary judgment is granted

      The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: December 7, 2016